MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JILL DALE,

    Plaintiff,

vs.                                      No.

CHASE AUTO FINANCE CORP.

    Defendant.

JURY DEMANDED

COMPLAINT

JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims including, but not limited to, *defamation*.

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant Chase Auto Finance Corp., is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

6. During August, 2010, Plaintiff settled her account with Defendant for a lump sum payment of $7,000.00 (Exhibit 1).

7. As a result of the resolution with Plaintiff, Defendant *cancelled* the remaining debt on the account (Exhibit 2).

8. Notwithstanding, Defendant continued to report Plaintiff's account as a charge-off without any regard to the prior settlement.

9. Plaintiff subsequently disputed Defendant's account with the National Credit Reporting Agencies requesting that Defendant's account be reported to reflect the agreed upon settlement.

10. Experian conveyed Plaintiff's dispute to Defendant.

11. On October 13, 2010, Experian reported that Defendant had "updated" Plaintiff's account to reflect a $2,480.00 charge-off with no notification of any settlement (Exhibit 3).

12. Defendant continues to report Plaintiff's account as a charge-off to the National Credit Reporting Agencies without any regard to the account's settlement (Exhibits 4 & 5).

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

13. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a) actual damages;
    b) punitive damages;
    c) attorney's fees; and
    d) costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

**CHASE**

P.O. BOX 901076
FORT WORTH, TX 76101-2076

0000044284 Page 1 of 2

August 7, 2010 through September 06, 2010
Loan Account: 00528350143277

### Customer Service Information

| | |
|---|---|
| Visit our Website: | www.chase.com |
| Payment by Phone: | 1-800-346-9127 |
| Account Information | 1-800-346-9670 |
| Hearing Impaired | 1-800-524-9765 |

44284 OTS 001 24810 - 110000000000
JILL DALE
560 TAM O SHANTER
LAS VEGAS, NV 89109-1493

### Loan Information Summary

| | |
|---|---|
| Interest Rate | 23.50% |
| Principal Balance as of 09-06-10 | $2,380.40 |
| Current Payment Amount | $0.00 |
| Amount Past Due | $0.00 |
| Total Fees and Charges | $0.00 |
| **Total Payment Due on 09-25-10** | **$0.00** |

### Chase Presents The Following Opportunities To You

Don't Waste Paper Managing Your Auto Loan Account. With Chase Paperless Auto Loan Statements, You Can Easily Access Your Auto Loan Information Online--Which Means More Flexibility, More Convenience And Less Waste. Sign Up Today. Visit chase.com, Log On To Your Account And Click "Go Paperless."

Visit chase.com For Your Auto Financing Needs. Did You Know That At chase.com You Can View Your Account Details, Schedule A Payment And Change Your Address 24/7? You Can Also Set Up Account Alerts To Your Mobile Phone Or E-Mail. Plus, You'll Have Access To Information About Special Offers For Chase Customers.

### Important Messages About Your Account

* No Payment Required
* For a current payoff quote, please visit our website at www.chase.com.
* See reverse of statement for important information pertaining to your loan.

### Activity Since Your Last Statement

| Transaction Date | Transaction Description | | Transaction Total |
|---|---|---|---|
| 08-11-10 | PAYMENT - THANK YOU (PRINCIPAL $6640.74)   (INTEREST $81.32, FEES $277.94) | | ($7,000.00) |



Thank you for being a Chase customer. We appreciate your business.

Manage your account online anytime at
www.chase.com

---

### Installment Payment Coupon

JILL DALE

| Account Number | 00528350143277 |
|---|---|
| Due Date | 09-25-10 |
| 09-25-10 Payment Due | |
| Amount Past Due as of 09/06/10 | $0.00 |
| Total Fees and Charges | $0.00 |
| Total Payment Due on 09-25-10 | $0.00 |
| | $0.00 |

(To ensure proper credit, return this portion with your payment)

Please make checks payable to Chase Auto Finance
Write your account number on your check
☐ **Principal Reduction:** Check here if you are including a principal reduction along with your regularly scheduled payment. DO NOT CHECK BOX WHEN MAKING A PAYOFF (*see reverse)
☐ Check box if address has changed. Complete requested information on reverse side.

Amount Enclosed $ _____

5000090000000010000005283501432770000000004 16146



EXHIBIT 1

CHASE AUTO FINANCE
P.O. BOX 78050
PHOENIX AZ 85062-8050

⑃500009022⑃     528350143277



201 N CENTRAL AVE   AZ1-1196
PHOENIX AZ 85004

**Tax Year 2010 Form 1099-C Cancellation of Debt (Copy B)**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

### Debtor's Information

25696 TAS 1Z1 2611 -    0326 15  (00.350)

DALE, JILL
560 TAM O SHANTER
LAS VEGAS, NV 89109

### Creditor's Information

Federal ID Number: 13-4994650
JPMORGAN CHASE BANK NA
CHASE AUTO FINANCE - NATL RECOVERY GROUP



Debtor's ID Number: 576864198

**Form 1099-C Questions**
Phone Support: 1-800-592-9861

Original

### Summary of Form 1099-C Cancellation of Debt

(OMB No. 1545-1424)

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1. | Date Canceled | (See Details) | 5. | Was borrower personally liable for repayment of the debt? | (See Details) |
| 2. | Amount of debt canceled | $2,021.14 | 6. | Bankruptcy | No |
| 3. | Interest if included in box 2 | $0.00 | 7. | Fair market value of property | $0.00 |
| 4. | Debt Description | AUTO LOAN OR AUTO LEASE | | | |

### Details of Form 1099-C Cancellation of Debt

(OMB No. 1545-1424)

| Account Number / Acct Description | Box #1 Date canceled | Box #2 Amt. of debt canceled | Box #3 Int. included in box 2 | Other Boxes | |
|---|---|---|---|---|---|
| 4004525283501 43277 | 10/02/2010 | $2,021.14 | $0.00 | #4 Debt description | AUTO LOAN OR AUTO LEASE |
| | | | | #5 Was borrower personally liable for repayment of the debt? | Yes |
| | | | | #6 Bankruptcy | No |



EXHIBIT 2



Experian
A world of insight

Report Number:
3224-3694-24
Online Credit Report from Experian for:
JILL S DALE

Report date: October 13, 2010

Summary of Results
Details of Investigation Results
Important Message from Experian
Know your rights
View a complete copy of your corrected report

**Go Back >>**

We completed any items you disputed with the sources of the information and processed any other requests you made. The following shows the revision(s) made to your file as a result of our investigation. If you still question an item, then you may want to contact the source of the information personally.

## Contact us

Back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport. You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Results

### How to read your results
Back to top
- Deleted - This item was removed from your credit report
- Remains - This item has been verified as accurate
- Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.
- Reviewed - This item was either updated or deleted; review this report to learn its outcome

### Credit Items

CAP ONE
Account Number: 517805226013....

Outcome: Updated

CHASE
Account Number: 52835014....

Outcome: Updated

## Details Of Investigation Results

Back to top

### Potentially Negative Items or items for further review

Back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

Credit Items

**EXHIBIT 3**

Experian - Investigation Results

Page 3 of 6

Between Mar 2010 and Mar 2010, your credit limit/high balance was $2,669
Between Feb 2010 and Feb 2010, your credit limit/high balance was $2,643
Between Jan 2010 and Jan 2010, your credit limit/high balance was $2,617
Between Dec 2009 and Dec 2009, your credit limit/high balance was $2,591
Between Nov 2009 and Nov 2009, your credit limit/high balance was $2,565
Between Oct 2009 and Oct 2009, your credit limit/high balance was $2,540
Between Sep 2009 and Sep 2009, your credit limit/high balance was $2,514
Between Aug 2009 and Aug 2009, your credit limit/high balance was $2,456
Between Jul 2009 and Jul 2009, your credit limit/high balance was $2,420
Between Jun 2009 and Jun 2009, your credit limit/high balance was $2,394
Between May 2009 and May 2009, your credit limit/high balance was $2,369
Between Apr 2009 and Apr 2009, your credit limit/high balance was $2,342
Between Mar 2009 and Mar 2009, your credit limit/high balance was $2,319
Between Feb 2009 and Feb 2009, your credit limit/high balance was $2,293
Between Jan 2009 and Jan 2009, your credit limit/high balance was $2,004
Between Dec 2008 and Dec 2008, your credit limit/high balance was $1,984
Between Nov 2008 and Nov 2008, your credit limit/high balance was $1,900
Between Oct 2008 and Oct 2008, your credit limit/high balance was $1,876

**Creditor's Statement:**
Account closed at credit grantor's request.

**CHASE**
Address:
PO BOX 901076
FORT WORTH, TX 76101
(800) 955-9900

Account Number:
52835014....

Address Identification Number:
0178091127

Status:
Account charged off. $2,480 written off.

Status Details:
This account is scheduled to continue on record until Jan 2017.
This item was verified and updated on Oct 2010.

Date Opened:
07/2007
Reported Since:
09/2007
Date of Status:
09/2010
Last Reported:
10/2010

Type:
Installment
Terms:
60 Months
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$13,759
High Balance:
NA
Recent Balance:
$0
Recent Payment:
$0

Account History:
Charge Off as of Oct 2010, Sep 2010
30 days past due as of Apr 2010 to Aug 2010, Jan 2010, Nov 2008 to Mar 2009, Jul 2008

Balance History:
08/2010 $2,433
07/2010 $9,327
06/2010 $9,544
05/2010 $9,747
04/2010 $9,940
03/2010 $10,137
02/2010 $10,326
01/2010 $10,527
12/2009 $10,707
11/2009 $10,987
10/2009 $10,788
09/2009 $10,583
08/2009 $11,176
07/2009 $11,283

**CHASE AUTO FINANCE #52835014****

POB 901076
FT WORTH , TX 76101
(800) 336-6675

| | | | | |
|---|---|---|---|---|
| Balance: | $0 | Pay Status: | >Charged Off as Bad Debt< |
| Date Updated: | 09/2010 | Account Type: | Installment Account |
| High Balance: | $13,759 | Responsibility: | Individual Account |
| Past Due: | $0 | Date Opened: | 07/2007 |
| Terms: | $395 for 60 months | Date Closed: | 09/2010 |

Loan Type: Automobile
Remark: Dispute resolved reported by grantor
Estimated date that this item will be removed: 07/2017

EXHIBIT 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Scheduled Payment Amount: | $50 | | | Date of Last Activity: | | 10/2005 |
| Date Major Delinquency First Reported: | | | | Months Reviewed: | | 2 |
| Creditor Classification: | | | | Activity Designator: | | Paid and Closed |
| Charge Off Amount: | | | | Deferred Payment Start Date: | | |
| Balloon Payment Amount: | | | | Balloon Payment Date: | | |
| Date Closed: | | | | Type of Loan: | | Education Loan |
| Date of First Delinquency: | N/A | | | | | |
| Comments: | | | | | | |

81-Month Payment History

No 81-Month Payment Data available for display.

| CHASE | 52835014XXXX | 07/2007 | $0 | 10/2010 | $0 | CHARGE-OFF |
|---|---|---|---|---|---|---|

CHASE AUTO FINANCE

PO Box 901076
Fort Worth, TX-761012076
(800) 336-6675

| | | | |
|---|---|---|---|
| Account Number: | 52835014XXXX | Status: | CHARGE-OFF |
| Account Owner: | Individual Account. | High Credit: | $13,759 |
| Type of Account: | Installment | Credit Limit: | |
| Term Duration: | 60 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 07/2007 | Balance: | $0 |
| Date Reported: | 10/2010 | Amount Past Due: | $0 |
| Date of Last Payment: | 09/2010 | Actual Payment Amount: | $7,000 |
| Scheduled Payment Amount: | $395 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 36 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | — | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Auto |
| Date of First Delinquency: | 08/2010 | | |
| Comments: | Charged off account | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 30 | * | * | 30 | 30 | 30 | 30 | 30 | CO | | | |
| 2009 | 30 | 30 | 30 | * | * | * | * | * | * | * | * | * |
| 2008 | * | * | * | * | * | * | 30 | * | * | * | 30 | 30 |
| 2007 | | | | | | | * | * | * | * | * | * |

| PRIMUS AUTOMOTIVE | 3405XXXX | 02/2003 | $0 | 03/2004 | PAYS AS AGREED |
|---|---|---|---|---|---|

PRIMUS AUTOMOTIVE

EXHIBIT 5