MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JILL DALE,

    Plaintiff,

vs.

CHASE AUTO FINANCE CORP.

    Defendant.

No. 2:11-cv-01203-PMP-PAL

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(i), the Defendant(s) named not having filed or served an answer, motion for summary judgment or otherwise having appeared herein; the Plaintiff(s) in the above-entitled action as to the Defendant(s) named requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its own costs and attorney's fees.

DATE: September 13, 2011

_____
MITCHELL D. GLINER, ESQ.
Attorney for Plaintiff

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: October 6, 2011.